UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

In Re:                                                    Chapter 7

RICK ALAN DAVIDSON,                                       Case No. 19-11486 (DSJ)

                                  Debtor.

-------------------------------------------------------------------------x

SALVATORE LAMONICA, Solely in His Capacity as            Adv. Pro. No. 21-01130 (DSJ)
Chapter 7 Trustee of the Estate of Rick Alan Davidson,

                            Plaintiff,

             -against-

RICK ALAN DAVIDSON,                                      **STIPULATION EXTENDING
                                                         TIME TO RESPOND
                                                         TO THE COMPLAINT**

                            Defendant.

-------------------------------------------------------------------------x

        IT IS HEREBY STIPULATED by and between Plaintiff Salvatore LaMonica, solely in his capacity

as Chapter 7 Trustee of the estate of Rick Alan Davidson ("Plaintiff") and Defendant Rick Alan Davidson

("Defendant") that (i) the time by which Defendant must answer or otherwise respond to Plaintiff's

Complaint is extended until June 21, 2021, and (ii) Defendant waives any challenge to service of process

of the Summons and Complaint.

Dated: June 7, 2021

| | |
|---|---|
| **GERON LEGAL ADVISORS, LLC** | **LAMONICA HERBST & MANISCALCO, LLP** |
| By:  *s/Yann Geron* | By:  *s/David A. Blansky* |
|      Yann Geron, Esq. |      David A. Blansky, Esq. |
|      370 Lexington Avenue, Suite 1101 |      3305 Jerusalem Avenue |
|      New York, NY 10017-6532 |      Wantagh, NY 11793 |
|      Tel. (646) 560-3224 |      Tel. 516.826.6500 |
|      *Counsel for Defendant* |      *Counsel for the Chapter 7 Trustee* |

**SO ORDERED:**

_____
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE