UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

In Re:                                                    Chapter 7

RICK ALAN DAVIDSON,                                       Case No. 19-11486 (DSJ)

                            Debtor.
-------------------------------------------------------------------------x

SALVATORE LAMONICA, Solely in His Capacity as            Adv. Pro. No. 21-01130 (DSJ)
Chapter 7 Trustee of the Estate of Rick Alan Davidson,

                            Plaintiff,

            -against-
                                                         **STIPULATION EXTENDING**
RICK ALAN DAVIDSON,                                      **TIME TO RESPOND**
                                                         **TO THE COMPLAINT**
                            Defendant.
-------------------------------------------------------------------------x

          IT IS HEREBY STIPULATED by and between Plaintiff Salvatore LaMonica, solely in his capacity

as Chapter 7 Trustee of the estate of Rick Alan Davidson ("Plaintiff") and Defendant Rick Alan Davidson

("Defendant") that (i) the time by which Defendant must answer or otherwise respond to Plaintiff's

Complaint is extended until June 21, 2021, and (ii) Defendant waives any challenge to service of process

of the Summons and Complaint.

Dated: June 7, 2021

**GERON LEGAL ADVISORS, LLC**                  **LAMONICA HERBST & MANISCALCO, LLP**

By:    *s/Yann Geron*                          By:    *s/David A. Blansky*
       Yann Geron, Esq.                               David A. Blansky, Esq.
       370 Lexington Avenue, Suite 1101               3305 Jerusalem Avenue
       New York, NY 10017-6532                        Wantagh, NY 11793
       Tel. (646) 560-3224                            Tel. 516.826.6500
       *Counsel for Defendant*                        *Counsel for the Chapter 7 Trustee*


**SO ORDERED:**

Dated: New York, New York
          June 7, 2021

                              _____*s/ David S. Jones*_____
                              HONORABLE DAVID S. JONES
                              UNITED STATES BANKRUPTCY JUDGE