**LaMonica Herbst & Maniscalco, LLP**
*Moving Forward. Staying Ahead.®*

**David A. Blansky, Esq.**
Partner
p: 516.826.6500 x207
dab@lhmlawfirm.com

April 1, 2022

**Via ECF**
Honorable David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

>    In re: **Rick Alan Davidson**
>    **Chapter 7**
>    **Case No. 19-11486-DSJ**
>    *LaMonica v. American Express Company, et al.,*
>    *Adv. Proc. No. 21-01126 (DSJ)*
>    *LaMonica v. Hannah Davidson*
>    *Adv. Proc. No. 21-01127 (DSJ)*
>    *LaMonica v. Max Davidson*
>    *Adv. Proc. No. 21-01128 (DSJ)*
>    *LaMonica v. Meskita Lifestyle Brands, et al.,*
>    *Adv. Proc. No. 21-01129 (DSJ)*
>    *LaMonica v. Rick A. Davison*
>    *Adv Proc. No. 21-01130 (DSJ)*
>    *LaMonica v. Nancy Stearns and Bellatour, LLC*
>    *Adv. Proc. No. 21-01131 (DSJ)*

Dear Judge Jones:

This letter shall confirm that the continued discovery conference in each of the above adversary matters are continued to **April 26, 2022 at 10:00 a.m.**

Respectfully submitted,
*s/David A. Blansky*
David A. Blansky

DAB:rrl
cc:   Salvatore LaMonica, as Trustee (Via E-Mail)
      Darryl Laddin, Esq. (Via ECF & E-Mail)
      Yann Geron, Esq. (Via ECF & E-Mail)
      Neil Brickman, Esq. (Via ECF & E-Mail)
      Jason A. Stewart, Esq. (Via ECF & E-Mail)
      Mark L. Weyman, Esq. (Via E-Mail)